IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CASIE MEYER**                                                                           **PLAINTIFF**

**v.**                                                               **Civil No. 1:13-cv-443-JCG**

**CHARLES TURNER**                                                  **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Casie Meyer and against Defendant Charles Turner in the amount of $1,000.00 in statutory damages and $15,480.00 in attorney fees, for a total judgment of $16,480.00, plus post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961, until judgment is satisfied.

**SO ORDERED AND ADJUDGED**, this the 18th day of November, 2015.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE